

# THE THIRTEENTH COURT OF APPEALS

13-19-00475-CV

Boral USA and Boral International Holdings, Inc.
v.
Cristina Moyeda Osorio, Individually and as Next Friend of Arturo Osorio (An Incapacitated Person) and as Next Friend of B.O., a minor

On Appeal from the
County Court at Law No. 4 of Nueces County, Texas
Trial Cause No. 2017CCV-60642-4

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be DISMISSED.  The Court orders the appeal DISMISSED in accordance with its opinion.  Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

November 21, 2019